

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-13-00040-CV

Style:        Forest Oil Corporation

        **v** El Rucio Land and Cattle Company, Inc., San Jacinto Land Partnership, Ltd., McAllen Trust Partnership and James Argyle McAllen

Date motion filed*:        March 26, 2013

Type of motion:        Motion for Extension of Time to File Clerk's Record

Party filing motion:        Harris County District Clerk

Document to be filed:        Clerk's Record

If motion to extend time:

        Deadline to file document:        February 6, 2013

        Number of previous extensions granted:        0

        Length of extension sought:        Until April 29, 2013

Ordered that motion is:

        ☑        Granted
                If document is to be filed, document due:

                ☐    The Clerk is instructed to file the document as of the date of this order
                ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐        Denied
        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/Jane Bland
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____.

Date: April 2, 2013